DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PHILIP MORRIS USA INC.** and
**R.J. REYNOLDS TOBACCO COMPANY**,
Appellants,

v.

**MARY HOWLES**,
Appellee.

No. 4D17-31

[March 15, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez-Powell, Judge; L.T. Case No. 2007-CV-034919 (03).

Geoffrey J. Michael of Arnold & Porter Kaye Scholer LLP, Washington, DC, and Scott A. Chesin of Mayer Brown LLP, New York, NY, for appellant Philip Morris, USA Inc. and William L. Durham of King & Spalding, Atlanta, GA, for appellant R.J. Reynolds Tobacco Co.

David J. Sales of David J. Sales, P.A., Jupiter, Alex Alvarez, Philip Holden and Michael Alvarez of the Alvarez Law Firm, Coral Gables, and Jay P. Dinan of Parker Waichman LLP, Bonita Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***